UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GREGORY GARCIA, | No. C 15-1459 LB |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | [Re: ECF No. 1] |
| C. E. DUCART, | |
| Respondent. | |
| _____/ | |

Gregory Garcia, an inmate at Pelican Bay State Prison, filed this *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2012 conviction from the Madera County Superior Court. His county of incarceration (i.e., Del Norte County) is located within the venue of the Northern District of California and his county of conviction (i.e., Madera County) is located within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern

District of California.  The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: April 2, 2015

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California

C 15-1459 LB
ORDER

2